NUMBER 13-01-601-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


HORACIO RAMOS , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 94th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Hinojosa, Yanez, and Castillo

Opinion Per Curiam


 Appellant, HORACIO RAMOS , attempted to perfect an appeal from a judgment entered by the 94th District Court of
Nueces County, Texas. Sentence in this cause was imposed on May 31, 2001 . The notice of appeal was due to be filed
on July 2, 2001 , but was not filed until August 24, 2001 . Said notice of appeal is untimely filed. Appellant filed an
untimely motion to permit late filing of the notice of appeal on September 21, 2001 .

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and motion
requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's
untimely motion, is of the opinion that the appeal should be dismissed for want of jurisdiction. Appellant's untimely
motion to permit late filing of notice of appeal is dismissed. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 18th day of October, 2001 .